1  CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP
2  2601 Main Street, Suite 800
   Irvine, California 92614
3  (949) 261-2872

4  Robert W. Thompson, Esq. (*Admitted pro hac vice*)
5  (rthompson@ctsclaw.com)
   Alex A. Zolg, Esq. (*Admitted pro hac vice*)
6  (azolg@ctsclaw.com)

7
   Attorneys for Plaintiff Hayden C. Roletter
8

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Hayden C. Roletter, an individual, | Case No. 4:20-cv-00152-CKJ |
| Plaintiffs, | |
| v. | **Joint Notice of Settlement** |
| The University of Arizona; Arizona Board of Regents; and Tyler J. Austin, an individual. | |
| Defendants. | |

Please take notice that a settlement has been reached by and between Plaintiff Hayden C. Roletter, on one hand, and Defendants The University of Arizona and the Arizona Board of Regents, on the other hand (the "Settling Parties"), only.

The Settling Parties are in the process of finalizing a formal settlement agreement and will be filing a stipulated dismissal, with prejudice, following execution of the agreement.

DATED this   27th   day of April, 2021.

        **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
        2601 Main Street, Suite 800
        Irvine, CA 92614

        By  /S/ *Alex A. Zolg*
           ROBERT W. THOMPSON
           ALEX A. ZOLG
           *Attorneys for Plaintiff*

        **ARIZONA ATTORNEY GENERAL'S OFFICE**
        416 W. Congress, 2nd Floor
        Tucson, AZ 85701

        By   */s/ Robert R. McCright (w/ permission)*
           ROBERT R. MCCRIGHT
           *Attorney for The University of Arizona and The Arizona Board of Regents*