# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Hayden C. Roletter, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Tyler J. Austin, an individual,<br><br>Defendant. | Case No.: CIV-20-152-TUC-CKJ<br>Action Filed: April 10, 2020<br><br>**Order Granting Dismissal With Prejudice** |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS ORDERED that the above-entitled action shall be dismissed with prejudice against Defendant Tyler C. Austin, with all such parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Plaintiff's claims against Defendant Tyler C. Austin for a period of sixty (60) days to enforce the terms of the settlement.

IT IS FURTHER ORDERED the Clerk of Court shall close its file in this matter.

Dated this 6th day of July, 2022.

Honorable Cindy K. Jorgenson
United States District Judge